UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                                                                                              NOT FOR PUBLICATION

PEGGY MORRIS,

                                                                                  ORDER ADOPTING REPORT
                                       *Plaintiff*,                   AND RECOMMENDATION

              - against -                              11-CV-3556 (JG)

ANNE KATZ, GILBERT O. BADILLO,
MICHAEL J. PINCKNEY, JONATHAN
LIPPMAN, CHIEF ADMINISTRATIVE JUDGE,
FERN A. FISHER, DEPUTY CHIEF
ADMINISTRATIVE JUDGE, SHELDON J.
ROSEN, ESQ., MICHAEL J. MOTTO, MARIBEL
TEJADA BOLIVAR, LISA PETERSON, NEW
YORK STATE DIVISION OF HOUSING AND
COMMUNITY RENEWAL, NEW YORK CITY
DEPARTMENT OF INVESTIGATION,
MARSHALS & SHERIFF BUREAU, NYC
HUMAN RESOURCES ADMINISTRATION,
DEPARTMENT OF SOCIAL SERVICES, ADULT
PROTECTIVE SERVICES, ALAN BARNES,
BRUCE A. SMITH, ROCHDALE VILLAGE,
INC., and NYC MARSHAL GEORGE G.
ESSOCK, LEROY COMRIE, RUBEN WILLS,
GREGORY MEEKS, MALCOLM SMITH, and
SHIRLEY HUNTLEY, LINDA GIBBS, DEPUTY
MAYOR, John Doe #1-10, and Jane Doe #1-10,

                                       *Defendants*.
----------------------------------------------------------------x

JOHN GLEESON, United States District Judge:

        Because I agree with the reasoning and conclusion of the Report and Recommendation ("R&R") filed by Judge Lois Bloom on January 19, 2012, and because no objections have been filed, I adopt the R&R in full. Accordingly, Morris's claims against defendant Lisa Peterson are dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

So ordered.


John Gleeson, U.S.D.J.


DATED:	February 16, 2012
	Brooklyn, New York