```
UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                :
PEGGY MORRIS,                                   :
                                                :
                                                :       ORDER ADOPTING REPORT
                        Plaintiff,              :        AND RECOMMENDATION
                                                :
        - against -                             :       11-CV-3556 (JG)
                                                :
ANNE KATZ, GILBERT O. BADILLO,                  :
MICHAEL J. PINCKNEY, JONATHAN                   :
LIPPMAN, CHIEF ADMINISTRATIVE JUDGE,            :
FERN A. FISHER, DEPUTY CHIEF                    :
ADMINISTRATIVE JUDGE, SHELDON J.                :
ROSEN, ESQ., MICHAEL J. MOTTO, MARIBEL          :
TEJADA BOLIVAR, LISA PETERSON, NEW              :
YORK STATE DIVISION OF HOUSING AND              :
COMMUNITY RENEWAL, NEW YORK CITY                :
DEPARTMENT OF INVESTIGATION,                    :
MARSHALS & SHERIFF BUREAU, NYC                  :
HUMAN RESOURCES ADMINISTRATION,                 :
DEPARTMENT OF SOCIAL SERVICES, ADULT            :
PROTECTIVE SERVICES, ALAN BARNES,               :
BRUCE A. SMITH, ROCHDALE VILLAGE,               :
INC., and NYC MARSHAL GEORGE G.                 :
ESSOCK, LEROY COMRIE, RUBEN WILLS,              :
GREGORY MEEKS, MALCOLM SMITH, and               :
SHIRLEY HUNTLEY, LINDA GIBBS, DEPUTY            :
MAYOR, John Doe #1-10, and Jane Doe #1-10,      :
                                                :
                        Defendants.             :
---------------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

        Because I agree with the reasoning and conclusion of the Report and Recommendation ("R&R") filed by Judge Lois Bloom on January 19, 2012, and because no objections have been filed, I adopt the R&R in full. Accordingly, Morris's claims against defendant Lisa Peterson are dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

So ordered.


John Gleeson, U.S.D.J.


DATED:	February 16, 2012
	Brooklyn, New York